**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 08-CR-30255-MJR |
| ) | |
| **RONNY VAZQUEZ,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**REAGAN, District Judge:**

At Doc. 53, defendant Vazquez seeks to preclude the admission of alleged co-conspirator Raul Gonzalez Rodriguez' guilty plea, the substance of his statement at the guilty plea hearing and the substance of his plea agreement, citing ***Crawford v. Washington, 541 U.S. 36, 68 (2004).*** The government responds, contending there is no confrontation issue since Gonzalez will testify at trial and be subjected to cross examination.

If Gonzales in fact testifies, the motion is **DENIED**. If he does not testify, it is **GRANTED** unless the government believes ***Tennessee v. Street, 471 U.S. 409 (1985)*** comes into play at which time a side-bar should be requested before the testimony is elicited.

Based upon the governments assertion, for docketing purposes and without prejudice, the motion will be shown as **DENIED as MOOT.**

       **IT IS SO ORDERED.**

       **DATED this 31st day of March, 2009.**

                           **s/ Michael J. Reagan**
                           **MICHAEL J. REAGAN**
                           **United States District Judge**